IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 10-CR-194-001 |
| RALPH JOHN HIGHLEY | : | |

**PRAECIPE TO SATISFY FINANCIAL JUDGMENT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

Please mark as satisfied the financial penalties portion of the judgment entered in the above-captioned case. This praecipe, however, does not apply to any other provisions of the judgment entered against the above-named defendant.

ZANE DAVID MEMEGER
United States Attorney

_____
JOSEPH F. MINNI
Assistant United States Attorney
(Pennsylvania Bar Id. No. 53241)
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8200

Date: 8/01/13